UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>SURINDER K SINGH, in his individual and representative capacity as Trustee--Singh Residual Family Revocable Trust; and Does 1-10,<br><br>    Defendants. | Case: 2:14-CV-01822-JAM-EFB<br><br>**ORDER** |

## **ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 3/30/2016     /s/ John A. Mendez_____
　　　　　　　　　　HONORABLE JOHN A. MENDEZ
　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE